ACCEPTED
03-16-00538-CR
13863494
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/17/2016 6:06:52 PM
JEFFREY D. KYLE
CLERK

## No. 03-16-00538-CR

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/17/2016 6:06:52 PM
JEFFREY D. KYLE
Clerk

In The Court of Appeals
For The Third Court of Appeals District
Austin, Texas

**Ramon Rojas Carrillo, Jr.,**
*Appellant,*
**v.**
**The State of Texas,**
*Appellee.*

ON APPEAL FROM THE 207th DISTRICT COURT, COMAL
COUNTY, TEXAS TRIAL COURT CAUSE NO. CR2015-588

## APPELLANT'S SECOND MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

Amanda Erwin
State Bar No. 24042939
109 East Hopkins Street, Suite 200
San Marcos, Texas 78666
Telephone: (512) 938-1800
Telecopier: (512) 938-1804
Amanda@theerwinlawfirm.com
*Counsel for Ramon Rojas Carrillo, Jr.*

## Identity of Parties and Counsel

**Appellant's Appellate Counsel:**

Amanda Erwin
The Erwin Law Firm, L.L.P.
109 East Hopkins Street, Suite 200
San Marcos, Texas 78666
Telephone: (512) 938-1800
Telecopier: (512) 938-1804
Amanda@theerwinlawfirm.com

**Appellee:**

Jacqueline Doyer
Comal County District Attorney's Office
150 N. Seguin Street, Suite 307
New Braunfels, Texas 78130
Telephone: (830) 221-1300
Telecopier: (830) 620-5599

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to TEX. R. APP. P. 10.5 and 38.6(d), the Appellant, Ramon Rojas Carrillo, Jr., files this Second Motion to Extend Time to File Appellant's Brief.

The Appellant's opening brief is currently due on **November 18, 2016**.

Counsel for Appellant, Rogelio Alaniz, requests a 30-day extension of time to file Appellant's brief, making the brief due on **December 18, 2016**. This is the second request for extension of time to file the opening brief.

Counsel for Appellant relies on the following reasons, in addition to the routine matters that counsel must attend to in daily practice, to explain the need for the requested extension:

1) Counsel for Appellant had a preterm labor delivery on November 15, 2016, and Counsel's child is in the NICU at the Hays Seton Medical Center.

Counsel for Appellant seeks this extension of time to be able to prepare a cogent and succinct brief to aid this Court in its analysis of the issues presented. This request is not sought for delay but so that justice may be done,

All facts recited in this motion are within the personal knowledge of the

counsel signing this motion, therefore no verification is necessary under Texas Rule of Appellate Procedure 10.2.

## PRAYER FOR RELIEF

For the reasons set forth above, Appellant respectfully requests that this Court grant this Second Motion to Extend Time to File Appellant's Brief and extend the deadline for filing the Appellant's Brief up to **December 18, 2016**. Appellant requests all other relief to which Appellant may be entitled.

Respectfully Submitted,

/s/ Amanda Erwin
Amanda Erwin
The Erwin Law Firm, L.L.P.
109 East Hopkins Street, Suite 200
San Marcos, Texas 78666
Telephone: (512) 938-1800
Telecopier: (512) 938-1804
Attorney for Appellant
Amanda@theerwinlawfirm.com

**CERTIFICATE OF SERVICE**

Pursuant to TEX. R. APP. P. 9.5, I certify that of November 17, 2016, a copy of this motion was electronically served, to the following:

Jacqueline Doyer
Comal County District Attorney's Office
150 N. Seguin Street, Suite 307
New Braunfels, Texas 78130
Telephone: (830) 221-1300
Telecopier: (830) 620-5599

/s/ Amanda Erwin
Amanda Erwin